IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:
AMANDA NOEL                                                    CHAPTER 13
DEBTORS                                                        CASE NO.:  10-51669NPO

## ANSWER TO MOTION REQUEST FOR AN ADVERSARY PROCEEDING

**COMES NOW** Amanda Noel, debtor, by and through her undersigned attorney, James L. Farragut, Jr., and files this her answer to Ian Michael Garcino's MOTION FOR AN ADVERSARY PROCEEDING.

Debtor denies any and all allegations contained in the creditor's, Ian Michael Garcino, MOTION FOR AN ADVERSARY PROCEEDING.

Debtor prays this Honorable Court will take this Answer to Ian Michael Garcino's MOTION FOR AN ADVERSARY PROCEEDING  and dismiss the Motion for an Adversary Proceeding.

RESPECTFULLY SUBMITTED, this the ____29th_____ day of _____September_____, 2010.

/s/ James L. Farragut, Jr._____
James L. Farragut, Jr.
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, James L. Farragut, Jr., Attorney for the Debtors, do hereby certify that I have served electronically, a true & correct copy of the above and foregoing ANSWER TO MOTION FOR AN ADVERSARY PROCEEDING to:

  R. Michael Bolen, Esq., United States Trustee        USTPRegion05.JA.ECF@usdoj.gov

      I, JAMES L. FARRAGUT, JR., Attorney for the above listed debtors, do hereby certify that I have this date mailed a true and correct copy of the above ANSWER TO MOTION FOR AN ADVERSARY PROCEEDING to.

Kimberly Lentz, Trustee
2012 23rd. Avenue
Gulfport, MS  39501

Ian M. Garcino
13628 Wolf River Road
Gulfport, MS 39503

This the ___29th___ day of __September____, 2010.

                                                      /s/ James L. Farragut, Jr._____
                                                      James L. Farragut, Jr.

JAMES L. FARRAGUT, JR.
ATTORNEY AT LAW
P.O. BOX 1543
PASCAGOULA, MS  39568-1543
228-762-4447
BAR NO. 5144