## UNITED STATES BANKRUPTCY COURT
### Southern District Of Mississippi

US BANKRUPTCY COURT
SOUTHERN DISTRICT OF MS
FILED
2013 JAN -9 PM 4: 33
KWise
DANNY L. MILLER
CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| In re: | Amanda Mills/Aycock/Garcino/Noel ) | |
| | Debtor ) | Case No: 10-51669-NPO |
| | ) | |
| | ) | |
| | Ian Michael Garcino ) | Chapter 7 |
| | Plaintiff ) | |
| | ) | |
| | ) | |
| | Amanda Mills/Aycock/Garcino/Noel ) | |
| | Defendant ) | |

### MOTION TO REOPEN BANKRUPTCY CASE TO DETERMINE DISCHARGEABILITY OF DEBT

CREDITOR, Ian Garcino Pro-Se hereby moves this Honorable Court for an order to reopen this Chapter 7 case pursuant to 11 U.S.C. §350(b) to file a motion under Rule 4007(b) and in support thereof, states as follows:

1. The bankruptcy case was commenced on July 22, 2010 under Chapter 7 of the United States Bankruptcy Code.

2. The Debtor was granted a general discharge pursuant to 11 U.S.C. §727 on January 4, 2011 in this bankruptcy court and the case is now closed.

3. The Creditor was listed as a creditor on the Debtors Schedule F (#8) (Exhibit 1) as being owed a property settlement amount unknown.

4. The property settlement listed in Schedule F is from a divorce decree dated December 18, 2008 and has not been satisfied as of this date of filing the Motion To Reopen Bankruptcy Case to Determine Dischargeablity of Debt.

5. The Creditor filed a Writ of Execution against held assets of the Debtor on July 22, 2011 (Exhibit 3).

6. The Writ of Execution was stayed by an Order from the Honorable Jaye Bradley of the Jackson County Mississippi Chancery Court on September 12, 2011 (Exhibit 2).

7. The Order stated that the debt owed to this Creditor was discharged in this Bankruptcy Court on January 4, 2011.

8. The Creditor states that under the Bankruptcy Code the following sections apply post BAPCPA: §101(14A) a domestic support obligation, §523(a)(5) and §523(a)(15) and §522(f)(1)(a).

9. The Creditor believes attendance and involvement of the Trustee on this case Kimberly Lentz is not required, but the Creditor has noticed the Trustee.

The Creditor, Ian Garcino respectfully prays the Honorable Court grant this Motion to Reopen Bankruptcy Case To Determine Dischargeabilty Of Debt under Rule 4007(b) and issue an Order. The Creditor respectfully requests this Court to waive the fee to reopen to file a Rule 4007(b) pursuant to 28 U.S.C. § 1930. The Creditor has noticed the affected Debtor, Debtor's attorney of record and the Trustee with the required twenty-one (21) days notice from the date of this filing.

Respectfully submitted this the 8 day of January 2013.

Ian Garcino
13628 Wolf River Road
Gulfport, MS 39503
(228) 861-5078

## Certificate of Service

I, Ian Garcino Creditor Pro-Se do hereby certify I have mailed via USPS a true and correct copy or hand delivered the same of this Motion to the Debtor Amanda Mills/Garcino/Noel at 16200 Roberts Road Vancleave, MS 39565, James Farragut Debtor's attorney of record, Kimberly Lentz-Trustee and I have filed the originals with this court.

So certified this the 8 day of January 2013.

Ian Garcino Creditor Pro-Se
13628 Wolf River Road
Gulfport, MS 39503  (228) 861-5078

"AMENDED"

EXHIBIT 1

(Official Form 6F) (12/07) - Cont.

Ire Amanda Mirene Noel
Debtor(s)

Case No. _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code. And Account Number (See instructions above.) | Co-Debtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. 9105<br>Creditor # : 5<br>Franklin Collection Services<br>P.O. Box 2300<br>Tupelo MS 38803-2300 | W | collection | | X | | $ 131.00 |
| Account No. 0100<br>Creditor # : 6<br>Great Lakes/KeyCorp<br>P.O. Box 3059<br>Milwaukee WI 53201-3059 | W | Student Loan | | X | | $ 7,835.92 |
| Account No. 2875<br>Creditor # : 7<br>HSBC Best Buy<br>P.O. Box 5244<br>Carol Stream IL 60197-5244 | W | Credit Card Purchases | | X | | $ 2,948.00 |
| Account No.<br>Creditor # : 8<br>Ian Garcino<br>15628 Wolf River Road<br>Gulfport MS 39503 | W | property settlement | | X | | Unknown |
| Account No.<br>Creditor # : 9<br>Nelnet Loan Services<br>P.O. Box 2877<br>Omaha NE 68103-2877 | W | Student Loan | | X | | $ 32,886.00 |
| Account No. 4140<br>Creditor # : 10<br>Pathology Laboratory Associati<br>P.O. Box 160105<br>Mobile AL 36616 | W | Medical Bills | | X | | $ 50.00 |

Sheet No. __1__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 43,850.92
Total $
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

EXHIBIT 2

IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI

AMANDA (MILLS/GARCINO) NOEL     PLAINTIFF

VERSUS     NO: 2005-2207JB

IAN MICHAEL GARCINO     DEFENDANT

FILED
MB 756 Pg. 50475
SEP 1 2 2011
TERRY MILLER/CLERK
By _____

## ORDER

THIS DAY this cause having come on for hearing on Plaintiff's Motion for Stay of Writ of Execution and Defendant's Motion to Proceed Forma Pauper and the Court having duly considered same and upon being fully advised on the merits finds as follows:

1. IT IS ORDERED: The Court has continuing jurisdiction over the parties and the subject matter hereto.

2. IT IS ORDERED: The Writ of Execution filed herein on July 22, 2011, is hereby stayed. The Sheriff of Jackson County, Mississippi, is Ordered to immediately cease any actions in attempting to execute said Writ, as the debt owed to the Defendant by the Plaintiff was discharged in United States Bankruptcy Court on January 14, 2011.

RECEIVED
SEP 1 2 2011
JAYE A. BRADLEY
CHANCERY COURT JUDGE

3. IT IS ORDERED: The Defendant's Motion to Proceed Forma Pauper is hereby denied.

SO ORDERED AND ADJUDGED, this the 12th day of September, 2011.

*Jaye A. Bradley*
CHANCELLOR

Attested
To be a true copy of original
Filed Aug 12 2011
Terry Miller, Chancery Clerk
Jackson County, Mississippi
By _____ D.C.

ORDER PREPARED AND SUBMITTED BY:

HON. CALVIN TAYLOR
MS BAR NO. 09529

EXHIBIT 3

IN THE CHANCERY COURT OF JACKSON COUNTY, MISSISSIPPI

AMANDA (MILLS/GARCINO) NOEL (Judgment Debtor)     PLAINTIFF

Versus     Cause No. 2005-2207 JB

IAN M. GARCINO   (Judgment Creditor)     DEFENDANT

## WRIT OF EXECUTION-FIERI FACIAS

TO THE STATE OF MISSISSIPPI TO THE SHERIFF OF JACKSON COUNTY, MISSISSIPPI:

YOU ARE HEREBY COMMANDED TO SEIZE AND SELL that of goods, chattels, lands and tenements in your county and district belonging to:

AMANDA (MILLS/GARCINO) NOEL-Judgment Debtor
16200 and 16000 ROBERTS ROAD
VANCLEAVE, MS 39565

You cause to be made and levied as well as a certain debt in Jackson County Chancery Court, state of Mississippi, before the Judge of said Court by consideration of the same Judge lately recovered against the said Amanda (Mills/Garcino) Noel, and the costs that may accrue under this writ and that you have listed monies at the place and listed below, and you bring this writ with you.

Whereas, this writ orders you to recover from the Amended Judgment of Divorce filed and dated December 16, 2008 awarded to Ian Garcino monies in the amount of $26,020.82 that were ordered to be paid within 60 DAYS of filing of the Amendment Judgment of Divorce. This Judgment was enrolled with Jackson County, MS and this Court on May 12, 2011.

**Property Real and Personal to take possession of FOR SALE at auction** to satisfy the monetary judgment of $26,020.82, plus fees awarded, minus all legal allowed

exemptions all by Mississippi Code Section 85-3-1 & Section 85-3-21 in filing is to include all listed below:

**Real Property** located at 16000 Roberts Road, Vancleave Ms, 39565 that is non-exempt property valued at $14,500.00 with "0" balance or lien legally described as:

PARCEL 02236090.055    ADDRESS 16000 ROBERTS RD Vancleave, MS 39565
BEG NWC NE1/4 NW1/4 SECT 36 S 200' S 89* E 395.47' N 200' N 89* W 401.60' TO POB DB 1286-707 (46.01 Map577.36) 1.82 Acres

## AND
PARCEL 02225070.060    ADDRESS 16000 ROBERTS RD Vancleave, MS 39565
BEG SWC SE1/4 SW1/4 SECT 25 RD N 20' S 89* E 401.60' S 20' N 89* W 401.60' TO POB DB 1286-707 (56.01 Map577.25) 1.8 Acres.

## AND
**Personal Vehicle Property** located at 16200 Roberts Road, Vancleave, MS 39565 as being:

One (1) 2003 Porsche Cayenne S, SUV light blue in color (Lapis Blue Metallic), MS valued at $16,000, non-exempt, and no lien or balanced owed. Vehicle Identification Number _____.

## AND

**Personal Bank Accounts** belonging to and in the name(s) of any of the above names of Amanda (Mandi) Mills/Garcino/Noel at Regions Bank, 811 Bienville Boulevard Ocean Springs, MS 39564 (800) 734-4667 **AND** Singing River Federal Credit Union, 6006 Mississippi Highway 63 Moss Point, MS 39563 (228) 475-9531 whether joint or sole ownership subject to all exemptions allowed by law.

The plaintiff has not made any attempt to satisfy this judgment and the judgment is not satisfied and therefore the Defendant respectfully prays that by the granting of this Writ of Execution will satisfy the judgment in the only way possible through the resulting actions of the Plaintiff and if not the Defendant will be endangered and impeded.

The Defendant informs, believes and states that these properties both real and personal are not exempt from seizure under Section 85-3-1 of the Mississippi Code. The Judgment Debtor must state the exemptions under Mississippi Code Section 85-3-3 to

000017

which they may be entitled to and is entitled to Mississippi Code Section 85-3-9 if so desired.

The Defendant Ian Garcino has no belief or evidence that this judgment has been discharged in the U.S. Bankruptcy Court Southern District or is stayed according to the U.S. Bankruptcy Laws.

The Defendant states that an unknown interest in the stated real and personal property may be in the name of Jerry and/or Faye Mills, located at 16200 Roberts Rd, Vancleave MS 39565.

So certified that the above stated facts are true and correct under the laws of Mississippi this 22nd day of July 2011 by Ian M. Garcino-Judgment Creditor (Defendant) 1749 James Buchanan Drive, Biloxi, Mississippi, 39531 in this above and styled cause.

Ian M. Garcino

Witness my signature this on this the 22nd day of July 2011.

SEAL OF THE COURT

Deputy Clerk

**Total amount for execution** (includes monies, fees and any other costs awarded including sheriff's costs)

Principal         $26,020.82
Court Fees        _____
Sheriff Fees      _____
Interest          _____
Payments made     _____

**Total to recover**   $_____

Place: _____         County: _____
City: _____          Date: _____

000018