# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE:  AMANDA MIRENE NOEL                              CHAPTER 7 CASE
                                                        NO. 10-51669KMS

## AGREED ORDER

THIS MATTER came on for consideration of the dischargeability of the debt owed to Ian Garcino, and the Court being advised that the parties have reached an agreement, finds, orders and adjudicates as follows:

IT IS THEREFORE ORDERED that the debt owed to the Creditor, Ian Garcino, is non-dischargeable and that the exact amount of debt is unknown at this time.

SO ORDERED

*Katharine M. Samson*
Katharine M. Samson
United States Bankruptcy Judge
Dated:  March 13, 2013

Approved:

*James L. Farragut, Jr.*
James L. Farragut, Jr.
P.O. Box 1543
Pascagoula, MS 39567
Bar #: 5144

*Ian Garcino*
Ian Garcino
13628 Wolf River Road
Gulfport, MS 39503
228-861-5078